THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | Case No. 2:19-cv-334-RSM |
| Plaintiff, | JOINT STATUS REPORT AND ORDER |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to the parties' previous stipulation and this Court's Order, Dkt. 11, the parties submit this joint status report regarding efforts to reach a resolution in the above-captioned case brought pursuant to the Freedom of Information Act ("FOIA"). The parties previously agreed to work cooperatively to attempt to resolve this litigation without motion practice and continue to make progress, however, this matter is not yet resolved. Therefore, the parties agree and stipulate to continue to work cooperatively towards resolution.

The parties propose to file a joint status report on or before July 26, 2019. If at any time in before then it becomes apparent that resolution between the parties is not feasible, the parties will submit a proposed schedule to the Court for responsive pleading deadlines.

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties propose a joint status report to be filed on or before July 26, 2019.

**DATED** this 28th day of June, 2019.

                Respectfully submitted,

                BRIAN T. MORAN
                United States Attorney

                *s/ Katie Fairchild*
                KATIE FAIRCHILD, WSBA #47712
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-4358
                Fax: 206-553-4067
                Email: katie.fairchild@usdoj.gov

                *Attorney for Defendant*

                DAVIS WRIGHT TREMAINE LLP

                *s/ John McKay*
                JOHN MCKAY, WSBA #12935
                *s/ Chris Morley*
                CHRIS MORLEY, WSBA #51918
                920 Fifth Avenue, Suite 3300
                Seattle, WA 98101
                Telephone: (206) 622-3150
                Fax: (206) 757-7700
                E-mail: johnmckay@dwt.com
                E-mail: chrismorley@dwt.com

                *Attorneys for Plaintiff*

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is hereby ORDERED.

Dated this 1 day of July, 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970