UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | Case No. 2:19-cv-334-RSM |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to the parties' previous stipulation and this Court's Order, Dkt. 15, the parties submit this joint status report regarding efforts to reach a resolution in the above-captioned case brought pursuant to the Freedom of Information Act ("FOIA"). The parties previously agreed to work cooperatively to attempt to resolve this litigation without motion practice. At this time, the parties anticipate that the United States Customs and Border Protection ("CBP") will soon complete its final production of documents responsive to Plaintiff's FOIA requests. The parties intend to continue discussions regarding what issues may remain in this case. The parties propose to file an update with the Court on or before October 28, 2019 that, if necessary, will include a proposed deadline for CBP's responsive pleading.

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties propose to file an update with the Court on or before October 28, 2019.

**DATED** this 27th day of September, 2019.

        Respectfully submitted,

        BRIAN T. MORAN
        United States Attorney

        *s/ Katie Fairchild*
        KATIE FAIRCHILD, WSBA #47712
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-4358
        Fax: 206-553-4067
        Email: katie.fairchild@usdoj.gov

        *Attorney for Defendant*


        DAVIS WRIGHT TREMAINE LLP

        *s/ John McKay*
        JOHN MCKAY, WSBA #12935
        *s/ Chris Morley*
        CHRIS MORLEY, WSBA #51918
        920 Fifth Avenue, Suite 3300
        Seattle, WA 98101
        Telephone: (206) 622-3150
        Fax: (206) 757-7700
        E-mail: johnmckay@dwt.com
        E-mail: chrismorley@dwt.com

        *Attorneys for Plaintiff*

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED.


Dated this 1 day of October 2019.

_RICARDO S. MARTINEZ signature_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 3