UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | Case No. 2:19-cv-334-RSM |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to the parties' previous stipulation and this Court's Order, Dkt. 16, the parties submit this joint status report regarding efforts to reach a resolution in the above-captioned case brought pursuant to the Freedom of Information Act ("FOIA"). The parties previously agreed to work cooperatively to attempt to resolve this litigation without motion practice. At this time, the the United States Customs and Border Protection ("CBP") has completed its final production of documents responsive to Plaintiff's FOIA requests. CBP intends to file its responsive pleading on October 28, 2019, and the parties intend to continue discussions regarding what issues may remain in this case. As FOIA cases are typically resolved at summary judgment, the parties propose to file a proposed briefing schedule within 90 days if they are not able to otherwise resolve this matter.

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties propose to file a proposed summary judgment briefing schedule within 90 days of this Court's order if they are not able to otherwise resolve this matter.

**DATED** this 28th day of October, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Katie Fairchild*
KATIE FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendant*

DAVIS WRIGHT TREMAINE LLP

*s/ John McKay*
JOHN MCKAY, WSBA #12935
*s/ Chris Morley*
CHRIS MORLEY, WSBA #51918
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: johnmckay@dwt.com
E-mail: chrismorley@dwt.com

*Attorneys for Plaintiff*

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED this 1st day of November 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND STIPULATION
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970