The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS WRIGHT TREMAINE LLP,

                Plaintiff,

        v.

UNITED STATES CUSTOMS AND BORDER
PROTECTION,

                Defendant.

No. 2:19-cv-334-RSM

DECLARATION OF CHRIS
MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT

NOTED FOR HEARING:
MARCH 20, 2020

I, Chris Morley, declare:

1.      I am an attorney at Davis Wright Tremaine, LLP, and counsel of record for Davis Wright Tremaine as Plaintiff in the above-captioned action. I am competent to make this declaration based on my personal knowledge and a review of the files and records in this matter.

2.      Davis Wright Tremaine is a national business and litigation law firm headquartered in Seattle and with offices across the United States. The firm's cannabis practice group serves clients in the legal cannabis industry in the United States, Canada, and elsewhere.

3.      Davis Wright Tremaine's clients include businesses which participate directly in the growing, processing, and distribution of cannabis, as well as those which participate indirectly, by selling goods or services to the cannabis industry, investing in cannabis-related businesses, or otherwise.

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 1
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

4.    Many of these clients are based in the United States, but employ or are managed by foreign nationals, who periodically travel out of and back into the United States. Others are based abroad, and employ foreign nationals who travel to the United States for work or personal reasons.

5.    Davis Wright Tremaine frequently litigates Freedom of Information Act matters on behalf of its clients and the public's right to scrutinize their government's actions, but is not litigating this matter on behalf of or at the request of any client.

6.    Neither Davis Wright Tremaine as a firm nor any of the lawyers representing Davis Wright Tremaine in this matter have any personal or professional financial interest in the outcome of this case.

7.    On July 5, 2018, the Toronto Star newspaper published an article titled *Canadian cannabis workers targeted by U.S. border guards for lifetime bans.* A true and correct copy of that article is attached as **Exhibit 1**.

8.    On September 13, 2018, Politico.com published an article titled *U.S. official: Canadian marijuana users, workers and investors risk lifetime border ban.* A true and correct copy of that article is attached as **Exhibit 2**.

9.    On September 27, 2018, Davis Wright Tremaine sent a Freedom of Information Act ("FOIA") to CBP's Seattle field office and another CBP's main office. A true and correct copy of these requests are attached as **Exhibit 3** (request to CBP's Seattle Field Office) and **Exhibit 4** (request to CBP's main office).

10.    CBP's Seattle Field Office received Davis Wright Tremaine's FOIA request the following day, September 28, 2018. A true and correct copy of United Parcel Service ("UPS") tracking records for the package is attached as **Exhibit 5**.

11.    CBP's main office received Davis Wright Tremaine's FOIA request on October 1, 2018. A true and correct copy of United Parcel Service ("UPS") tracking records for the package is attached as **Exhibit 6**.

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 2
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

12. CBP did not respond to either request.

13. On March 6, 2019, when CBP still had not responded to the requests, Davis Wright Tremaine filed this lawsuit to compel CBP to produce the requested documents. Dkt. 1.

14. On April 11, 2019, CBP stated in an email that it had searched for and was in the process of reviewing documents responsive to Davis Wright Tremaine's requests, and would complete that process in 45 days. CBP stated that its delay in responding was due to the significant volume of FOIA requests it receives.

15. On April 25, 2019, CBP stated by email that it would begin producing documents on a rolling basis, with the first production of documents to be made in May.

16. On May 8, 2019, CBP produced three documents: a January 4, 2018 Memorandum by then-Attorney General Jeff Sessions regarding the Department of Justice's policy to the state-legal cannabis industry in the United States; an undated one-page document titled "Muster," relating to "Marijuana Legalization in Canada"; and a document titled "CBP Information Guide - Legalization of Marijuana in Canada." True and correct copies of these documents are attached as **Exhibits 7, 8, & 9**, respectively.

17. On May 10, 2019, in phone and email discussions following the production, CBP revealed that it had not searched email records at all, and searched for other electronic documents using only four loosely-crafted search terms: "Legalization of Marijuana"; "Canada Legalization of Marijuana"; "Canada MJ"; and "MJ."

18. On May 21, Davis Wright Tremaine proposed search terms to CBP by email.

19. On May 26, CBP responded by email that it was considering the proposed search terms, and that CBP anticipated having a final search plan within the next 14 days.

20. On June 7, 2019, Davis Wright Tremaine began discussions with CBP regarding the redactions to the two documents in the first production set and CBP's plans regarding future productions.

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 3
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

21.     On June 19, 2019, nearly a month after the search terms were first proposed by Davis Wright Tremaine, CBP stated in an email that the proposed terms would not work due to technical reasons involving limitations of the "search within" connectors of CBP's database and asked for a proposal of new search terms.

22.     On June 25, 2019, CBP produced eight documents. True and correct copies of those documents are attached as **Exhibits 10-17**.

23.     On July 12, 2019, CBP produced an updated version of the *OFO Information Guide*. In the previous production of this document on June 25, 2019, CBP redacted the final two pages of the document in their entirety under a claimed (b)(5) exemption. *See* Ex. 11. In the July 12, 2019 production of the document, these two pages were unredacted with the exception of claimed (b)(6) and (b)(7)(C) exemptions for the sender and recipient of the memorandum. A true and correct copy of that document is attached as **Exhibit 18**.

24.     By July 12, CBP had still not proposed a reasonable search protocol to identify responsive email records. Without waiving its right to seek production of all responsive documents, Davis Wright Tremaine agreed with CBP by email that the agency's time might be better spent on "the collection and production of all responsive guidelines, policies, trainings, and similar documents" and resolving the parties disagreement over CBP's extensive redactions. To facilitate a useful discussion about those redactions, Davis Wright Tremaine requested by email that CBP provide a privilege log or Vaughn index, briefly setting out the basis for each redaction.

25.     On July 17, 2019, Davis Wright Tremaine sent a letter to CBP regarding its positions on the productions to date and CBP's redactions. A true and correct copy of that letter is attached as **Exhibit 19**.

26.     On Friday, July 19, CBP stated by email that it would provide a Vaughn index the following week.

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 4
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

27.     On Friday, July 26, CBP again stated by email that it would "try" to produce a Vaughn index the next week.

28.     On Wednesday, July 31, CPB suggested in an email that it would not produce a Vaughn index, claiming that it could not simultaneously produce an index of its redactions and discuss with Davis Wright Tremaine whether those redactions were justified.

29.     On August 12, 2019, CBP provided Davis Wright Tremaine with a breakdown of search terms used and a partial index of redacted documents. CBP made it clear that the partial index of redacted documents was not a *Vaughn* index and that it was CBP's position that Davis Wright Tremaine was not entitled to a *Vaughn* index at that time. A true and correct copy of this draft index is attached as **Exhibit 20**.

30.     To date, CBP has not provided a Vaughn index to Davis Wright Tremaine.

31.     On September 18, CBP produced five emails it had found through supplemental searches. These emails included redactions of the names and official email addresses of agency officials. True and correct copies of these emails produced by CBP are attached as **Exhibit 21**.

32.     On September 25, 2019, CBP sent its final production letter to Davis Wright Tremaine by email, and produced five documents.  These five documents were simply re-productions of some of the eight documents it had already produced, but with very minor changes to the redactions. True and correct copies of the documents produced are attached as **Exhibits 22-26**. A true and correct copy of the final production letter is attached as **Exhibit 27**.

33.     Since CBP's final production letter, it produced thirteen previously-produced documents on October 23, 2019 with some slight changes to redactions. For example, the name of Patrick Howard, the individual purportedly responsible at CBP for its FOIA response, was unredacted in USAO-000048, USAO-000058, USAO-000086, USAO-000096, and USAO-000123. Similarly, the official phone number of the Assistant Commissioner for the Office of Congressional Affairs was unredacted in USAO_000009. Aside from the removal of some redactions of the names and contact information of government officials, there were no changes

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 5
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

to the redactions in these documents. True and correct copies of these documents are attached as **Exhibits 28-40**.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of February, 2020 at Seattle, Washington.

_____
Chris C. Morley

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 6
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2020, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 3rd day of February, 2020.

_____
Tammy Miller
Legal Assistant

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT- 7
Case No. 2:19-cv-334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700