UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DAVIS WRIGHT TREMAINE LLP, | Case No. 2:19-cv-334-RSM |
|---|---|
| Plaintiff, | JOINT STIPULATION AND ORDER |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Pursuant to Local Civil Rule 7(j) and 7(k), the parties, through their counsel, agree and stipulate to ask this Court to enter the following summary judgment briefing schedule, which briefly extends the current deadlines:

| | **Current Deadline** | **New Proposed Deadline** |
|---|---|---|
| Defendant's Cross-Motion and Opposition to Plaintiff's Motion | March 6, 2020 | March 13, 2020 |
| Plaintiff's Joint Reply In Support of Plaintiff's Motion and Opposition to Defendant's Cross Motion | March 13, 2020 | March 27, 2020 |
| Defendant's Reply in Support of Defendant's Cross-Motion | March 20, 2020 | April 6, 2020 |

JOINT STIPULATION AND ORDER
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. By March 13, 2020, Defendant will file a joint opposition to Plaintiff's motion and cross-motion for summary judgment of no more than 24 pages.

2. By March 27, 2020, Plaintiff will file a joint reply in support of its motion and opposition to Defendant's cross-motion of no more than 12 pages.

3. By April 6, 2020, Defendant will file a reply in support of its cross-motion of no more than 12 pages.

**DATED** this 5th day of March, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Katie Fairchild*
KATIE FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendant*

JOINT STIPULATION AND ORDER
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DAVIS WRIGHT TREMAINE LLP

*s/ John McKay*
JOHN MCKAY, WSBA #12935
*s/ Chris Morley*
CHRIS MORLEY, WSBA #51918
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: johnmckay@dwt.com
E-mail: chrismorley@dwt.com

*Attorneys for Plaintiff*

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED this 6th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970