District Court Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS & BORDER PROTECTION,<br><br>Defendant. | Case No. 2:19-cv-334-RSM<br><br>STIPULATED MOTION AND ORDER |

Following this Court's Order on the Parties' Cross-Motions for Summary Judgment, this Court issued an Order directing Defendant, United States Customs and Border Protection ("CBP"), to conduct a search as set forth in the Court's Order and to meet and confer with Plaintiff, Davis Wright Tremaine LLP ("DWT") regarding a search of CBP emails. Dkt. 36. The Court's Order further stated that "[t]he Court will consider alterations agreed to by the parties." *Id*. at 17.

Pursuant to the Court's Order, the parties continue to discuss the appropriate protocol for the search as ordered by the Court and require more time to do so. The parties have agreed to meet and confer no later than August 11 to discuss the search protocol and CBP's compliance with the other portions of the Court's order, and will submit a report to the Court on August 14, 2020.

STIPULATED MOTION TO EXTEND
DEADLINES AND ORDER
2:19-cv-334-RSM
PAGE– 1
4828-9347-7829v.1 0050060-000013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED: July 29, 2020                  DAVIS WRIGHT TREMAINE LLP

*s/ John McKay*
JOHN MCKAY, WSBA #12935

*s/ Chris Morley*
CHRIS MORLEY, WSBA #51918
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: johnmckay@dwt.com
E-mail: chrismorley@dwt.com

*Attorneys for Plaintiff*

DATED: July 29, 2020                  BRIAN T. MORAN
United States Attorney

*s/ Katie Fairchild*
KATIE FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendant*

STIPULATED MOTION TO EXTEND
DEADLINES AND ORDER
2:19-cv-334-RSM
PAGE– 2
4828-9347-7829v.1 0050060-000013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 30th day of July, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
DEADLINES AND ORDER
2:19-cv-334-RSM
PAGE– 3
4828-9347-7829v.1 0050060-000013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970