The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, | Case No. 2:19-cv-334-RSM |
| Plaintiff, | JOINT STATUS REPORT AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES CUSTOMS & BORDER PROTECTION, | |
| Defendant. | |

The parties, United States Customs and Border Protection ("CBP") and Davis Wright Tremaine LLP ("DWT"), hereby file this Joint Status Report following the Court's Order, Dkt. 36, 38. Following this Court's Order on Cross Motions for Summary Judgment, Dkt. 36, CBP consulted with Todd Owen, the Executive Assistant Commissioner, Office of Field Operations for CBP and Owen searched for documents responsive to DWT's FOIA Requests. CBP provided DWT with a declaration from EAC Owen regarding these efforts and the parties are in the process of discussing these results.

In particular, DWT has asked CBP to provide additional information about the thoroughness of CBP's consultation with EAC Owen, documents identified during CBP's consultation with him, the thoroughness of EAC Owen's search, and to follow up regarding potential documents that are referenced in the documents that CBP produced. DWT also has asked CBP to provide a log with information identifying the documents produced since this

JOINT STATUS REPORT AND [PROPOSED] ORDER
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court's Order, Dkt. 36, including whether they were documents that were available to and collected from EAC Owen or otherwise, and identifying withheld documents and the reasons for the withholding. CBP does not object to providing a log, however, the parties are currently discussing what information a log should include. Additionally, DWT has again asked CBP reconsider redactions to previously produced documents. The parties request that the Court grant them additional time to confer on these points and propose updating the Court on the progress in 45 days.

Additionally, following the Court's Order, and consultation with EAC Owen and DWT, CBP has been in the process of collecting emails and other records as a part of the email search directed by the Court. At this time, CBP has collected over a million pages of records for review. However, because the search terms used relate to matters that CBP deals with on a daily basis, it is anticipated that the universe is over inclusive. Following a meet and confer between the parties, the parties agree that in an effort to resolve this case, resources are better spent following up on DWT's questions regarding the produced documents and discussing CBP's asserted FOIA exemptions. The parties agree that CBP does not currently need to undertake the large-scale search-term review of emails and other records that CBP has been collecting, and which currently totals over a million pages.

DATED: August 14, 2020

DAVIS WRIGHT TREMAINE LLP

*s/ John McKay*
JOHN MCKAY, WSBA #12935
CHRIS MORLEY, WSBA #51918
JORDAN HARRIS, WSBA #55499
920 Fifth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: johnmckay@dwt.com
E-mail: chrismorley@dwt.com

*Attorneys for Plaintiff*

JOINT STATUS REPORT AND [PROPOSED] ORDER
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| DATED: August 14, 2020 | BRIAN T. MORAN<br>United States Attorney<br><br>*s/ Katie Fairchild*<br>KATIE FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br><br>*Attorney for Defendant* |

JOINT STATUS REPORT AND [PROPOSED] ORDER
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2020.

                                                  _____
                                                  Honorable Ricardo S. Martinez
                                                  District Court Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
2:19-cv-334-RSM
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970