THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS WRIGHT TREMAINE LLP,

Plaintiff,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION,

Defendant.

Case No. 2:19-cv-334-RSM

THIRD DECLARATION OF PATRICK HOWARD

I, Patrick Howard, declare as follows:

1.　　I have previously submitted two Declarations in this case: a Declaration dated March 10, 2020, Dkt. 29, and a Second Declaration dated April 6, 2020, Dkt. 34.

2.　　I am a Branch Chief within the Freedom of Information Act Division (FOIA Division) at U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security.  I have been a Branch Chief in the FOIA Division since February 8, 2015.  In this capacity, I oversee the processing of requests for records submitted to CBP pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Privacy Act (PA), 5 U.S.C. § 552a, and assist with FOIA/PA litigation matters.  I am familiar

THIRD DECLARATION OF PATRICK HOWARD
2:19-cv-334-RSM - 1

with the procedures followed by CBP in responding to requests for information pursuant to the provisions of FOIA and any resulting litigation.

3. I am familiar with the Plaintiff's FOIA requests: CBP-2018-090774 and CBP-2019-006838 (collectively Requests), and I am familiar with the searches conducted for these Requests and in the above-captioned matter.

4. The statements made in this Third Declaration are made on the bases of my personal knowledge of the internal operations of CBP, the FOIA Division, and information acquired by me in the course of the performance of my official duties.

5. CBP submitted a Status Report dated October 1, 2020, Dkt. 43. Paragraph 7 states that Plaintiff provided CBP a letter dated August 25, 2020 that raised some concerns with CBP's search for documents, among other matters. Paragraph 8 provides that CBP responded to Plaintiff by letter dated September 22, 2020 describing CBP's response and plan to conduct follow up searches. Dkt. 43, Exhibit 2. Paragraph 9 outlines CBP's ongoing follow up search described in its September 22, 2020 letter, including "**additional targeted searches** in response to DWT's August 25, 2020 letter. For example, as described in paragraph 9, CBP is searching for emails between Todd Owen and the Canadian Trucking Alliance. CBP identified approximately 684 such emails and is currently in the process of reviewing each email for responsiveness and/or FOIA exemptions." *See* Dkt. 43 (emphasis added).

6. While conducting CBP's follow up search described in its September 22, 2020 letter and reviewing records and emails for responsiveness and/or FOIA exemptions, at the time of the Status Report on October 1, 2020, CBP found, **in total**, 684 emails. The 684 emails were not limited to emails between Todd Owen and the Canadian Trucking Alliance, and this declaration is intended to clarify that point.

THIRD DECLARATION OF PATRICK HOWARD
2:19-cv-334-RSM - 2

7.   Presently, CBP has now completed its collection of emails and documents located as a result of the follow up searches described in its September 22, 2020 letter.  These searches resulted in a collection of, **in total,** 1,008 emails and 690 attachments. CBP is reviewing these documents for responsiveness and/or FOIA exemptions and anticipates producing them to Plaintiff by October 23, 2020.  While CBP is reviewing each document, so far the majority have not been responsive to Plaintiff's FOIA requests.

8.   I declare under a penalty of perjury that the information provided is true and correct to the best of my information, knowledge, and belief.

Signed this 19th day of October 2020.

_Patrick Howard_
_____

Patrick Howard
Branch Chief, FOIA Division
Office of the Commissioner
U.S. Customs and Border Protection
U.S. Department of Homeland Security

THIRD DECLARATION OF PATRICK HOWARD
2:19-cv-334-RSM - 3