The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS WRIGHT TREMAINE LLP,

Plaintiff,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION,

Defendant.

No. 2:19-cv-00334-RSM

**DECLARATION OF CHRIS C. MORLEY IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE**

NOTED FOR HEARING:
November 13, 2020

I, Chris C. Morley, declare:

1.      I am an attorney at Davis Wright Tremaine, LLP, and counsel of record for Davis Wright Tremaine, LLP as Plaintiff in the above-captioned action. I am competent to make this declaration based on my personal knowledge and a review of the files and records in this matter.

2.      On August 25, 2020, Davis Wright Tremaine sent a letter regarding the failure of Custom and Border Protection ("CBP") to comply with this Court's June 26, 2020 Order to CBP's counsel of record, Katie Fairchild. A true and correct copy of that letter is attached as **Exhibit A**.

3.      On September 22, 2020, DWT received a letter from CBP's Branch Chief of its FOIA Division, Patrick Howard addressed to John McKay. A true and correct copy of that letter is attached as **Exhibit B**.

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION TO SHOW CAUSE - 1
2:19-cv-00334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

4.    On June 26, 2020, Davis Wright Tremaine sent an email to CBP's counsel of record, Michelle Lambert. She replied by email that same day. A true and correct copy of that email correspondence is attached as **Exhibit C**.

5.    Between July 8, 2020 and July 29, 2020, Davis Wright Tremaine corresponded by email with CBP's counsel of record Michelle Lambert and Katie Fairchild. A true and correct copy of that email correspondence is attached as **Exhibit D**.

6.    On July 16, 2020, I received a letter from CBP's Branch Chief of its FOIA Division, Patrick Howard. A true and correct copy of that letter is attached as **Exhibit E**.

7.    On July 16, 2020, along with the letter from Mr. Howard mentioned in the previous paragraph, I received from Mr. Howard two redacted documents. A true and correct copy of those documents are attached as **Exhibit F**.

8.    On October 20, 2020, I directed a search by Davis Wright Tremaine for a publicly available announcement that former Executive Assistant Commissioner of the CPB Office of Field Operations, Todd Owen, would retire. A true and correct copy of an online article located at https://internationaltradetoday.com/news/2020/08/07/CBP-Field-Operations-Executive-Assistant-Commissioner-Owen-to-Retire-This-Month-2008070012 (last visited 10/22/2020) is attached as **Exhibit G**.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 23rd day of October, 2020 at Seattle, Washington.

s/ *Chris C. Morley*
Chris C. Morley, WSBA #51918

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION TO SHOW CAUSE - 2
2:19-cv-00334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October 2020, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of October, 2020.

_____
Tammy Miller
Legal Assistant

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S MOTION TO SHOW CAUSE - 3
2:19-cv-00334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700