The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS WRIGHT TREMAINE LLP,

                    Plaintiff,

        v.

UNITED STATES CUSTOMS & BORDER PROTECTION,

                    Defendant.

Case No. 2:19-cv-334-RSM

DECLARATION OF KATIE D. FAIRCHILD

DECLARATION OF KATIE D. FAIRCHILD

I, Katie D. Fairchild, hereby declare:

1. I am an Assistant United States Attorney for the Western District of Washington and represent the Defendant in the above-captioned case.

2. Attached as Exhibit "A" is a true and correct copy of correspondence sent to Plaintiff in the above-captioned litigation. This document was provided to me by AUSA Michelle Lambert.

3. Attached as Exhibit "B" is are true and correct copy of an email exchange among the Parties' counsel in this case on which I am copied with a subject line "DWT v. CBP - Email Search Plan."

4. Attached as Exhibit "C" is a true and correct copy of an email exchange among the

DECLARATION OF KATIE D. FAIRCHILD
Case No. 2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Parties' counsel in this case with a subject line "DWT v. CBP --informal resolution efforts." [1]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2020, at Seattle, Washington.

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4358
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

Attorney for Defendant

---

[1] Plaintiff's counsel consented to the filing of this exchange with the Court.

DECLARATION OF KATIE D. FAIRCHILD                          UNITED STATES ATTORNEY
Case No. 2:19-cv-334-RSM                                  700 STEWART STREET, SUITE 5220
PAGE– 2                                                    SEATTLE, WASHINGTON 98101
                                                          (206) 553-7970