The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVIS WRIGHT TREMAINE LLP,

                Plaintiff,

    v.

UNITED STATES CUSTOMS AND BORDER PROTECTION,

                Defendant.

No. 2:19-cv-00334-RSM

**DECLARATION OF CHRIS C. MORLEY IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO SHOW CAUSE**

NOTED FOR HEARING:
November 13, 2020

I, Chris C. Morley, declare:

1.      I am an attorney at Davis Wright Tremaine, LLP, and counsel of record for Davis Wright Tremaine, LLP as Plaintiff in the above-captioned action. I am competent to make this declaration based on my personal knowledge and a review of the files and records in this matter.

2.      On August 12, 2020, Jordan Harris and Katie Fairchild exchanged emails, on which I was copied. A true and correct copy of those emails is attached as **Exhibit A**.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 13th day of November, 2020 at Seattle, Washington.

s/ *Chris C. Morley*
Chris C. Morley, WSBA #51918

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S REPLY TO MOTION TO SHOW CAUSE - 1
2:19-cv-00334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2020, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 13th day of November, 2020.

_____
Tammy Miller
Legal Assistant

DECLARATION OF CHRIS MORLEY IN SUPPORT OF
PLAINTIFF'S REPLY TO MOTION TO SHOW CAUSE - 2
2:19-cv-00334-RSM

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

# EXHIBIT A

| | |
|---|---|
| **From:** | Harris, Jordan |
| **Sent:** | Wednesday, August 12, 2020 12:57 PM |
| **To:** | Fairchild, Katie (USAWAW) |
| **Cc:** | FLESHNER, JONATHAN (OCC); YAEGER, ELIZABETH (OCC); CRISTE, JULIA; McKay, John; Morley, Christopher |
| **Subject:** | RE: Topics for Meet & Confer -- DWT v. CBP |
| **Attachments:** | [Draft] Joint Status Report 8.14.20.docx |

Katie,

Thank you for your time yesterday and for your email today. Below is some recap of our discussion yesterday and clarification of next steps moving forward.

Regarding the requirements in ¶ IV(1)(a) of the Order;

- We understand CBP has spoken to Todd Owen and that he has taken the actions described in his declaration you provided today.

- We asked for further details about Mr. Owen's search and were referred by you to the declaration and told that you were unaware of any other documents. You were unwilling to discuss what Mr. Owen was asked or how he was instructed to search on the basis that these facts were not known to you and out of concerns for revealing privileged conversations. We expect that Mr. Owen would have been advised to make a thorough search of the documents available to him.

- Mr. Owen's declaration is evasive and non-responsive to the Court's Order. Despite the apparent existence of a policy that he spoke of with the press in 2018, Mr. Owen (through CBP) has apparently not produced a single unredacted document that shows this policy. Despite the Court's Order requiring CBP to produce documents *identified* in the documents available to Mr. Owen, CBP's latest production of Mr. Owen's documents references responsive documents that were not produced.

- We expressed how the production to date appears insufficient given the evidence of ongoing discussions regarding the legalization of marijuana in Canada between early 2017 and late 2018. CBP has reported producing only seven pages of electronic records and twenty-one emails as a result of these searches.

- When asked, you said that CBP had produced the non-privileged, responsive documents available to Mr. Owen, identified by him, or identified in documents that were available to him.

Log

- We requested CBP to create a log to better understand whether CBP is in compliance with ¶ IV(1)(a) of the Order. We appreciate that you've agreed to produce this log.

- The Order requires CBP to produce responsive documents available to Mr. Owen, identified by him, or identified in documents that were available to him. This log would show each potentially

1

responsive document, whether it has been produced or withheld (if withheld, why), and whether it was available to, identified by, or identified in documents available to Mr. Owen.

- We propose the following modification to the log format to better show what part of the Court's Order each document is responsive to (additions in red):

| Document | Available to Mr. Owen | Identified by Mr. Owen | Identified in Document Available to Mr. Owen | Custodian/Source | Date | Segerable | Exemptions Asserted |
|---|---|---|---|---|---|---|---|
| [name/title of document, if available or applicable] | [mark if Mr. Owen located the document among records available to him] | [mark if Mr. Owen identified the document] | [mark if the document was identified in a document available to Mr. Owen and state which document it was identified in] | [source, if known, from which document originated, i.e., individual custodian, share drive, etc.] | [date of document, if known] | [was the document withheld in full or part] | [identification of FOIA exemptions, e.g., Exemption 3, Exemption 7E, etc.] |

Documents

- As you recognized, DWT explained that some documents reference other documents that appear responsive but have not been produced.

- To narrow the issues and potentially avoid the need to go to the Court, DWT offered to provide a non-exhaustive list within the next ten days of these specific documents, to the best DWT could identify documents from CBP's responses thus far.

Redactions

- DWT reiterated that CBP's application of redactions has been overbroad, in particular its use of the law enforcement exemption.  DWT explained that it does not seek law enforcement techniques, but expects documents articulating the *policy* Mr. Owen referenced in his public comments.

- Your latest email does not address the issue of redactions. In an effort to narrow the issues, DWT offered at yesterday's meet and confer to provide a list of key documents for CBP to consider unredacting.  CBP stated that it would consider, in good faith, whether the redactions in these documents is justified.

Email search

- DWT agreed that CBP may pause the email search to devote resources to the issues of redactions and showing compliance with the other aspects of the Order.

Follow-up meetings

2

- DWT agrees with your proposal to meet with CBP in two weeks following exchange of DWT's email identifying some key documents that DWT believes are being wrongfully withheld or redacted.

Joint Stipulation

- Our redline edits to the JSR are attached.

We look forward to continued progress.

Best,
Jordan

**Jordan Harris** | Davis Wright Tremaine LLP
Associate
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8235 | Fax: (206) 757-7235
Email: jordanharris@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Fairchild, Katie (USAWAW) <Katie.Fairchild@usdoj.gov>
**Sent:** Wednesday, August 12, 2020 11:21 AM
**To:** Harris, Jordan <JordanHarris@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@cbp.dhs.gov>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

**[EXTERNAL]**

John,

Thank you and your team for your time on the phone yesterday.  I think that we are in agreement on a path forward, and I will be available for further telephone calls, if needed, to make sure that things stay on track and efficiently progress.  My cell phone number while I am working from home is 206/948-2171.

First, we will look for your team's email regarding follow up on particular documents and CBP will respond to those issues after we have received the email.  Second, CBP agrees to provide you with a log, as discussed, to provide DWT with additional information about what has been produced since June so that we can follow up on any search issues and to assist with our discussions about FOIA exemptions.  CBP proposes to provide the information identified below.  If there is an additional category of information you are looking for please let us know.  CBP will work to promptly provide you with the log so that the parties can move forward with discussions.  This log will not be a final *Vaughn* index, but is intended to try and resolve the issues you raised on the call.  Third, in order to keep trying to work towards resolution, let's plan on talking in about two weeks following exchange of DWT's email identifying documents on which to follow up, CBP's response, and CBP's log of documents.

**Proposed Log Format:**

3

| Document | Custodian/Source | Date | Segerable | Exemptions Asserted |
|---|---|---|---|---|
| [name/title of document, if available or applicable] | [source, if known, from which document originated, i.e., individual custodian, share drive, etc.] | [date of document, if known] | [was the document withheld in full or part] | [identification of FOIA exemptions, e.g., Exemption 3, Exemption 7E, etc.] |

Finally, attached is a draft status report for your review.  Please let us know if you have any edits, or if we have your permission to file.

Thank you,
Katie

---

**From:** Harris, Jordan <JordanHarris@dwt.com>
**Sent:** Tuesday, August 11, 2020 1:25 PM
**To:** Fairchild, Katie (USAWAW) <KFairchild@usa.doj.gov>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@cbp.dhs.gov>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

Katie,

We would still like to meet today at 2pm.

Best,
Jordan

**Jordan Harris** | Davis Wright Tremaine LLP
Associate
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8235 | Fax: (206) 757-7235
Email: jordanharris@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Fairchild, Katie (USAWAW) <Katie.Fairchild@usdoj.gov>
**Sent:** Tuesday, August 11, 2020 1:17 PM
**To:** Harris, Jordan <JordanHarris@dwt.com>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@cbp.dhs.gov>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Subject:** Re: Topics for Meet & Confer -- DWT v. CBP

[EXTERNAL]

Jordan, can you please let me know if DWT wants to reschedule?

Sent from my iPhone

4

On Aug 11, 2020, at 12:00 PM, Fairchild, Katie (USAWAW) <KFairchild@usa.doj.gov> wrote:


Hello Jordan,

I have spoken with CBP counsel and while we remain available today from 2-3 if DWT would like to proceed, CBP expects to have additional information later today regarding numbers of documents related to further refining of email/document searches. I had hoped to have that information in advance of the call, but now expect it later today. I anticipate that it would be beneficial to have that information to discuss as we meet and confer. If you would like to be re-schedule for tomorrow, we are available for an hour between the hours of 2-5. If you would like a different day, please let us know.

Additionally, related to one of the topics below, please see the attached declaration of Todd Owen. Finally, as I currently am teleworking from home, I will be participating via telephone.

Thank you,
Katie

**From:** Harris, Jordan <JordanHarris@dwt.com>
**Sent:** Tuesday, August 11, 2020 11:45 AM
**To:** Fairchild, Katie (USAWAW) <KFairchild@usa.doj.gov>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@CBP.DHS.GOV>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

Katie,

If there's another video conferencing platform you prefer, please let us know.
And if CBP's lawyers cannot join us for the full hour, please ask them for another time this week that they would be available.

Best,
Jordan


**Jordan Harris** | Davis Wright Tremaine LLP
Associate
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8235 | Fax: (206) 757-7235
Email: jordanharris@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Fairchild, Katie (USAWAW) <Katie.Fairchild@usdoj.gov>
**Sent:** Tuesday, August 11, 2020 11:03 AM
**To:** Harris, Jordan <JordanHarris@dwt.com>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@CBP.DHS.GOV>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

[EXTERNAL]

Hello Jordan,

Let me confer with CBP regarding the amount of time.  However, I will be participating via telephone rather than video.  I will get back to you shortly.

Thank you,
Katie

**From:** Harris, Jordan <JordanHarris@dwt.com>
**Sent:** Tuesday, August 11, 2020 10:59 AM
**To:** Fairchild, Katie (USAWAW) <KFairchild@usa.doj.gov>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@CBP.DHS.GOV>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

Katie,

For today's meet and confer we would like to ensure you'll be able to set aside the full hour to talk and will be able to participate in a video call, so we can speak face-to-face with you and the CBP lawyers.  If that will not work for you today we'd be happy to reschedule our meet and confer.

Best,
Jordan

**Jordan Harris** | Davis Wright Tremaine LLP
Associate
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8235 | Fax: (206) 757-7235
Email: jordanharris@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Harris, Jordan
**Sent:** Monday, August 3, 2020 6:44 PM
**To:** 'Fairchild, Katie (USAWAW)' <Katie.Fairchild@usdoj.gov>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@CBP.DHS.GOV>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMckay@dwt.com>
**Subject:** RE: Topics for Meet & Confer -- DWT v. CBP

Katie,

That will work.  We will circulate an invite for 2pm PST on August 11.  Feel free to then circulate it to CBP counsel.

Given our conversations last week, we propose the following agenda;
- further refining of email/document searches
- production of relevant documents gathered from Todd Owen
- production of documents identified by Todd Owen
- redactions of previously produced documents

6

Best,
Jordan


**Jordan Harris** | Davis Wright Tremaine LLP
Associate
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8235 | Fax: (206) 757-7235
Email: jordanharris@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Fairchild, Katie (USAWAW) <Katie.Fairchild@usdoj.gov>
**Sent:** Monday, August 3, 2020 4:47 PM
**To:** Harris, Jordan <JordanHarris@dwt.com>; Morley, Christopher <ChristopherMorley@dwt.com>; McKay, John <JohnMcKay@dwt.com>
**Cc:** FLESHNER, JONATHAN (OCC) <JONATHAN.B.FLESHNER@cbp.dhs.gov>; YAEGER, ELIZABETH (OCC) <ELIZABETH.K.YAEGER@CBP.DHS.GOV>; CRISTE, JULIA <julia.criste@cbp.dhs.gov>
**Subject:** Topics for Meet & Confer -- DWT v. CBP

**[EXTERNAL]**

---

Jordan,

So that CBP counsel may also participate, the best times for a meet and confer are 8/11 after 2 pm PST. Does that work for DWT? CBP proposes to discuss the following topics at the meet & confer:

- further refining of email/document searches
- search for documents identified by Todd Owen

Thank you,
Katie
<EAC Owen Dec.pdf>

7