The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS & BORDER PROTECTION,<br><br>Defendant. | Case No. 2:19-cv-334-RSM<br><br>JOINT STATUS REPORT AND ORDER<br><br>**Noting Date: April 5, 2022** |

The parties, United States Customs and Border Protection ("CBP") and Davis Wright Tremaine LLP ("DWT"), hereby file this Joint Status Report. Following CBP's agreement to re-review, reproduce, and unredact certain documents in its possession, the parties have reached a resolution regarding DWT's substantive Freedom of Information Act ("FOIA") claims. The only remaining issue in this litigation is DWT's claim for attorneys' fees and costs. The parties are entering into settlement negotiations to attempt to resolve this claim without the need for further motion practice.

The parties request that the Court grant them sufficient time to engage in settlement negotiations and propose updating the Court on their progress in 60 days.

//

//

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| | DATED: April 5, 2022 | DAVIS WRIGHT TREMAINE LLP |

*s/ Caesar Kalinowski*
CAESAR KALINOWSKI, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
E-mail: caesarkalinowski@dwt.com

*Attorneys for Plaintiff*

DATED: April 5, 2022

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendant*

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

DATED this 11th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970