Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>                  Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS & BORDER PROTECTION,<br><br>                  Defendant. | Case No. 2:19-cv-334-RSM<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER<br><br>**Noted on Motion Calendar:**<br>**June 22, 2022** |

    The parties hereby provide a joint status report notifying the Court of their settlement of Plaintiff's claim for attorneys' fees and costs.

    Since the last status update, the parties entered into a settlement agreement that resolves Plaintiff's only remaining claim. However, the settlement agreement provides that the parties will stipulate to dismissal of the case after Defendant fulfills payment. To permit time to process and remit payment, the parties jointly propose that they file either a joint status report or a stipulation to dismiss the case on or before August 22, 2022.

//

//

//

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-334-RSM
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 22nd day of June, 2022.

    NICHOLAS W. BROWN
    United States Attorney

    */s/ Michelle R. Lambert*
    MICHELLE R. LAMBERT, NYS #4666657
    Assistant United States Attorney
    Western District of Washington
    United States Attorney's Office
    1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98406
    Phone: 253-428-3824
    Email: michelle.lambert@usdoj.gov
    *Attorneys for Defendant*

    DAVIS WRIGHT TREMAINE LLP

    *s/ Caesar Kalinowski*
    CAESAR KALINOWSKI, WSBA #52650
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: (206) 622-3150
    E-mail: caesarkalinowski@dwt.com
    *Attorneys for Plaintiff*

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-334-RSM
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# [PROPOSED] ORDER

It is hereby **ORDERED** that:

The parties shall file a stipulation to dismiss the case or a joint status report on or before August 22, 2022.

DATED this _____ day of _____, 2022.

                                                                                                    _____
RICARDO S. MARTINEZ
United States Chief District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 19-cv-334-RSM
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970