The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES CUSTOMS & BORDER PROTECTION,<br><br>    Defendant. | Case No. 2:19-cv-334-RSM<br><br>JOINT STATUS REPORT AND ORDER<br><br>**Noting Date: June 8, 2022** |

  The parties, United States Customs and Border Protection ("CBP") and Davis Wright Tremaine LLP ("DWT"), hereby file this Joint Status Report. As the Court is aware, the parties have reached a resolution regarding DWT's substantive Freedom of Information Act ("FOIA") claims. Since the last status update, the parties have engaged in settlement negotiations concerning DWT's claim for attorneys' fees and costs. The parties believe that an additional 30 days may allow them to reach resolution of this claim. If resolution is reached, this case will be dismissed.

  For good cause, the parties request that the Court grant them additional time to complete settlement negotiations and propose updating the Court on their progress in 30 days.

//

//

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 8, 2022 | DAVIS WRIGHT TREMAINE LLP |

DATED: June 8, 2022

DAVIS WRIGHT TREMAINE LLP

*s/ Caesar Kalinowski*
CAESAR KALINOWSKI, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
E-mail: caesarkalinowski@dwt.com

*Attorneys for Plaintiff*

DATED: June 8, 2022

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendant*

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

DATED this 23rd day of June, 2022.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER
2:19-cv-334-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970