Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CUSTOMS & BORDER PROTECTION,<br><br>　　　　　　　　Defendant. | CASE NO.  2:19-cv-334-RSM<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>**July 12, 2022** |

　　　The parties have settled Plaintiff's claims for attorneys' fees and costs.  Now that all claims in Plaintiff's complaint in the above-captioned action have been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　DATED this 12th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP

　　　　　　　　　　　　　　　　　　　　*s/ Caesar Kalinowski*
　　　　　　　　　　　　　　　　　　　　CAESAR KALINOWSKI, WSBA #52650
　　　　　　　　　　　　　　　　　　　　920 Fifth Avenue, Suite 3300
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 622-3150
　　　　　　　　　　　　　　　　　　　　E-mail: caesarkalinowski@dwt.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C19-334-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | NICHOLAS W. BROWN<br>United States Attorney |
| 3 | |
| 4 | *s/ Michelle R. Lambert*<br>Michelle R. Lambert, NYS #4666657 |
| 5 | Assistant United States Attorney<br>United States Attorney's Office |
| 6 | 1201 Pacific Avenue, Suite 700<br>Tacoma, Washington  98406 |
| 7 | Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov |
| 8 | |
| 9 | *Attorneys for Defendant* |

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C19-334-RSM)

**ORDER**

1 | IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and this action is dismissed with prejudice.

SO ORDERED.

Dated this ____ day of _____, 2022.

_____
RICARDO S. MARTINEZ
United States Chief District Judge

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C19-334-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970