Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CUSTOMS & BORDER PROTECTION, <br><br> Defendant. | CASE NO. 2:19-cv-334-RSM <br><br> STIPULATED ORDER FOR DISMISSAL <br><br> Noted for Consideration: <br> **July 12, 2022** |

The parties have settled Plaintiff's claims for attorneys' fees and costs. Now that all claims in Plaintiff's complaint in the above-captioned action have been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED this 12th day of July, 2022.

DAVIS WRIGHT TREMAINE LLP

*s/ Caesar Kalinowski*
CAESAR KALINOWSKI, WSBA #52650
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
E-mail: caesarkalinowski@dwt.com

*Attorneys for Plaintiff*

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C19-334-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | NICHOLAS W. BROWN<br>United States Attorney |
| 3 | |
| 4 | *s/ Michelle R. Lambert*<br>Michelle R. Lambert, NYS #4666657 |
| 5 | Assistant United States Attorney<br>United States Attorney's Office |
| 6 | 1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98406 |
| 7 | Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov |
| 8 | |
| 9 | *Attorneys for Defendant* |

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C19-334-RSM)

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and this action is dismissed with prejudice.

SO ORDERED.

DATED this 14th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C19-334-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970